| | | | |
|---|---|---|---|
| **DATE:** | 9/12/2024 | **CASE NO.:** | **USA V.** |
| **LOCATION:** | Tyler | **6:23-cr-00017** | **Christopher Patrick Whitt** |
| **JUDGE:** | J. Campbell Barker | | |
| **DEP CLERK:** | Nicole Cadenhead | Counsel for Government: | Counsel for Defendant: |
| **REPORTER:** | Jenny Monroe | Lucas Machicek | Jonathan Hyatt |
| **USPO:** | Sonia Tiscareno | | |
| **INTERPRETER:** | | | |

**SENTENCING HEARING HELD**   **BEGIN:** 10:47   **ADJOURN:** 10:52   **TOTAL TIME:** 5 min.

**PRESENTENCE REPORT:** [✓] Adopted in Its Entirety   [ ] Objections and Court Ruling   [ ] PSR CHANGED AS FOLLOWS:

**PLEA AGREEMENT:** [✓] ACCEPTED   [ ] REJECTED
[✓] Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49.

**CRIME VICTIMS:** [✓] NONE   [ ] Victims Addressed the Court:

**MOTIONS:** [ ] None
[✓] Govt's Motion: [✓] GRANTED [ ] DENIED
[ ] Dft's Motion: [ ] GRANTED [ ] DENIED
[ ] Other: Govt's motion to for forfeiture, Doc. 46, and motion to dismiss counts 1-3, 5-6, 7, and 8 granted.

**ALLOCATION:** [ ] Dft DID allocute   [ ] Dft DID NOT allocute

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| 4 | 126 months | | waived | N/A | $100 |
| | | | [ ] Interest Waived | [ ] Interest Waived | |

## BOP RECOMMENDATIONS:

| **DESIGNATION:** FCI Texarkana or Seagoville | [✓] Substance Abuse Treatment<br>[ ] Sex Offender Treatment<br>[ ] Other: | [ ] Mental Health Treatment<br>[ ] Financial Responsibility<br>[ ] NONE |
|---|---|---|

## SUPERVISION:

5 **YEARS** SUPERVISED RELEASE   [✓] Mandatory and Special Conditions as set forth in Presentence Report
[ ] No Term of Supervision

Other Conditions

[✓] **Dft advised of right to APPEAL & Court Appointed Counsel**   **REMAINING COUNTS:** [ ] NONE
[✓] Govt moved to dismiss. Court granted.

**FORFEITURE:** $4,550.00 in U.S. currency and a sum of money equal to $1,000.00 in U.S. currency and all interest and proceeds traceable thereto.

## CUSTODY:

DEFENDANT REMANDED TO THE CUSTODY OF THE ATTORNEY GENERAL

## ADDITIONAL PROCEEDINGS:

The Court made the following findings:
Total Offense Level -  31
Criminal History Category -  VI
Range of  188  to  235  months


The parties did not object to these findings.