**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 6:23-CR-00017-1 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Christopher Patrick Whitt a.k.a. "Cab" | FOF/Disposal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AIN 23-DEA-699382
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
$4,550.00 U.S. Currency

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
AUSA Lucas Machicek, USAO, 110 N. College #700, Tyler, TX 75702
Attn: Melinda.Lollar@usdoj.gov

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED
U.S. MARSHALS SERVICE
EASTERN DIST. OF TEXAS
TYLER DIVISION
2024 SEP 16 PM 1:27

FILED
SEP 26 2024
Clerk, U.S. District Court
Texas Eastern

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Deposit the seized currency into the AFF pursuant to the attached final order of forfeiture.

Signature of Attorney other Originator requesting service on behalf of:
Digitally signed by LUCAS MACHICEK
Date: 2024.09.15 12:25:43 -05'00'
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 903-590-1400
DATE: 9/13/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 78 | No. 78 | Melanee Dobey | 9-16-24 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 9-18-24 | | [ ] am [ ] pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Per Final Order of Forfeiture dated 9-13-24, seized funds totaling $4,550.00 USC were transferred/deposited into the Asset Forfeiture Fund on 9-18-24.

Form USM-285
Rev. 03/21